UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vincent N.,

        Petitioner,

v.

William P. Barr, Attorney General[1];
Kirstjen Nielsen, Secretary, Department of
Homeland Security; Ronald Vitiello,
Acting Director, Immigration and Customs
Enforcement; Peter Berg, Director,
St. Paul Field Office, Immigration and
Customs Enforcement; and Kurt Freitag,
Sheriff, Freeborn County,

        Respondents.

Civil No. 19-181 (DWF/HB)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated April 10, 2019. (Doc. No. 9.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

---

[1] William P. Barr is substituted for Matthew Whitaker pursuant to Federal Rule of Civil Procedure 25(d).

# ORDER

1. Magistrate Judge Hildy Bowbeer's April 10, 2019 Report and Recommendation (Doc. No. [9]) is **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE.**

3. William P. Barr is substituted for Matthew Whitaker as a respondent in this action.

Dated:  May 1, 2019         s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge